FILED US District Court-UT
APR 14 '21 PM02:06

ANDREA T. MARTINEZ, Acting United States Attorney (9313)
STEPHEN P. DENT, Assistant United States Attorney (17405)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4262
stephen.dent@usdoj.gov

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | COUNT 1: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms |
| vs. | |
| AUGUSTUS JAMES COLE, | Case: 4:21-cr-00047 |
| Defendant. | Assigned To : Nuffer, David |
|  | Assign. Date : 4/14/2021 |

The Grand Jury charges:

### COUNT 1
(Felon in Possession of Firearms)

On or about March 16, 2021 in the District of Utah,

**AUGUSTUS JAMES COLE,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit:

- a Taurus PT-25 handgun

- a Stevens 320 12-gauge shotgun

and the firearms were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1) and punishable under 18 U.S.C. § 924(a)(2).

A TRUE BILL:

/S/
_____
FOREPERSON of the GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

/s/ Reddish Day for
_____
STEPHEN P. DENT
Assistant United States Attorney